UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-01208-KAS

DAVID TOM, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

FORBES & YORK INSURANCE LLC
D/B/A MEDADVANTAGE PARTNERS
and THE ASSURANCE PIVOT, LLC
D/B/A SKYBRIDGE LEADS,

    Defendants.

**DEFENDANT FORBES & YORK INSURANCE LLC d/b/a MEDADVANTAGE PARTNERS' MOTION FOR LEAVE TO FILE A MOTION TO DIMISS IN EXCESS OF THE FIFTEEN-PAGE LIMITATION**

Defendant Forbes & York Insurance LLC d/b/a MedAdvantage Partners ("Forbes"), pursuant to Rule V(2) of the Uniform Civil Practice Standards of the United States Magistrate Judges for the District of Colorado (the "Magistrate Rules"), respectfully requests leave to file a motion to dismiss the complaint brought by plaintiff David Tom ("Tom") that is nineteen pages long (including the caption), which exceeds the page limitation by only four pages.

**RULE 7.1(A) CERTIFICATION**

I confirm that I conferred with counsel for Plaintiffs, Anthony Paronich, by telephone in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) and the Court's Practice Standards for Civil Cases E.1, who informed me that Plaintiff takes no position

1

on Defendant's motion.

Under Rule V(2) of the Magistrate Rules, there is a fifteen-page limit to all motions other than motions for summary judgment. However, parties may exceed this limit with leave of Court for good cause, and Forbes respectfully requests such leave. The motion to dismiss to be filed by Forbes tomorrow (May 29, 2024) seeks dismissal on three separate substantive grounds: (1) lack of personal jurisdiction under Rule 12(b)(2); (2) improper venue under Rule 12(b)(3); and (3) failure to state a claim under Rule 12(b)(6). Each ground for dismissal requires recitation of a separate standard of review, contains a separate body of case law, and necessitates its own analysis. The proposed nineteen-page motion efficiently addresses each of these arguments in an organized and efficient manner, and Forbes believes that the Court would benefit from the small number of additional pages included in the proposed motion. Consistent with Rule V(2), this motion for leave has been filed one business day prior to filing the motion to dismiss, which under Rule 12 must be filed no later than Wednesday, May 29, 2024.

WHEREFORE, Forbes respectfully requests that this Court, pursuant to Rule V(2) of the Magistrate Rules, grant leave for Forbes to file a nineteen-page motion to dismiss Tom's complaint.

Respectfully submitted this 28th day of May, 2024:

FLEMING, LOWENBERG & COOLING
THE LAW OFFICE OF DANIEL J. LOWENBERG, L.L.C.

By:   */s/ Daniel J. Lowenberg*
Daniel J. Lowenberg, CO Atty. Reg. No. 37262
144 S. Uncompahgre Ave., Montrose, CO 81401
Tel☏: 970.240.2812, Facsimile🗎: 970.240.2860
Email✉: daniel@flclawfirm.com
*Counsel to Defendant Forbes & York*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and thereby served all parties and their counsel of record by same, as follows:

Anthony Paronich
Email: anthony@paronichlaw.com
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018

Andrew Roman Perrong, Esq.
Email: a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone (215) 225-5529