UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-01208-KAS

DAVID TOM, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

FORBES & YORK INSURANCE LLC
D/B/A MEDADVANTAGE PARTNERS
and THE ASSURANCE PIVOT, LLC
D/B/A SKYBRIDGE LEADS,

    Defendants.

---

**PROPOSED ORDER ON MOTION FOR LEAVE TO FILE A MOTION TO DISMISS IN EXCESS OF THE FIFTEEN-PAGE LIMITATION**

---

This matter comes before the Court on the motion by Defendant Forbes & York Insurance LLC to exceed the fifteen-page limit for its Motion To Dismiss ("Motion"). The Court, being fully advised hereby GRANTS Defendant's Motion. Defendant may file a Motion To Dismiss that exceeds the allowed page limits as described in Defendant's Motion.

                                       BY THE COURT:

                                       _____
                                       United States Magistrate Judge

**Error! Unknown document property name.**