IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01208-KAS

DAVID TOM, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

FORBES & YORK INSURANCE LLC, doing business as MedAdvantage Partners, and THE ASSURANCE PIVOT, LLC, doing business as SkyBridge Leads,

     Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

     This matter is before the Court on Defendant Forbes & York Insurance LLC's **Motion for Leave to File a Motion to Dismiss in Excess of the Fifteen-Page Limitation** [#8] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#8] is **GRANTED**. The page limitation for Defendant Forbes & York Insurance LLC's forthcoming motion to dismiss is extended to nineteen pages.

     Dated: May 29, 2024