IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01208-KAS

DAVID TOM, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

FORBES & YORK INSURANCE LLC, doing business as MedAdvantage Partners, and THE ASSURANCE PIVOT, LLC, doing business as SkyBridge Leads,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiff and Defendant Forbes & York Insurance LLC's **Joint Stipulation and [Proposed] Order Transferring Case to the United States District Court for the Middle District of Florida** [#11] (the "Stipulation"). In the District of Colorado, a motion to transfer a case is deemed to be a dispositive motion. *See* D.C.COLO.LCivR 72.3(a).

    This case was assigned to a United States Magistrate Judge pursuant to D.C.COLO.LCivR 40.1(c). *See* [#2]; *see also* [#3-2] (explaining D.C.COLO.LCivR 40.1). "All parties must either consent to the exercise of magistrate judge jurisdiction, or any party may decline to consent." *See* [#3-2] at 1.

    Here, the docket indicates that Defendant The Assurance Pivot, LLC was served on May 6, 2024, making its answer due on May 29, 2024. *Summons Returned Executed* [#4]. To date, this Defendant has not entered an appearance. Thus, in the absence of all named parties, full consent may not be achieved at this time. In light of the pending Stipulation [#11],

    IT IS HEREBY **ORDERED** that this case shall be assigned to a District Judge under D.C.COLO.LCivR 40.1(c)(8) and D.C.COLO.LCivR 40.1(a).

    Dated: June 12, 2024